UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| INDIANA INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARY FRANCES WINTON, | ) | Case No. 4:11-cv-57 |
| | ) | |
| Defendant/Counter Claimant, | ) | *Lee* |
| | ) | |
| v. | ) | |
| | ) | |
| MONTMAN, LLC, *et al.*, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## **ORDER**

Before the Court is a motion for leave to file an amended answer to the amended third-party complaint [Doc. 72] filed by Third-Party Defendants. Third-Party Defendants seek to file an amended answer in order to change one word in the second sentence of paragraph 28 of the answer [Doc. 60 at Page ID # 260].

No party has filed any response to Third-Party Defendants' motion to amend, and the Court deems the failure to respond to the motion as a waiver of any opposition to the requested relief pursuant to E.D. Tenn. L.R. 7.2. Accordingly, Third-Party Defendants' motion to amend [Doc. 72] is **GRANTED**. Third-Party Defendants are **ORDERED** to file the amended answer within **14 days** of this Order.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE